ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>MIZRAHI-TEFAHOT BANK, LTD.;<br>UNITED MIZRAHI BANK<br>(SWITZERLAND) LTD.; and MIZRAHI<br>TEFAHOT TRUST COMPANY LTD.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No. 19 CR 00150-VAP<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 224 AS<br>AMENDED BY GENERAL ORDER 98-04) |

FILED 2019 MAR 12 AM 9:34

    Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to *United States v. Aaron Cohen*, Case No. 2:13-CR-00498-JFW-1 which:

    __x__    was previously assigned to the Honorable Judge John F. Walter;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __x__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    _____    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

    Additional explanation (if any): *See* Ex. C to Deferred Prosecution Agreement, Statement of Facts at paragraph 33.

Dated: March 7, 2019

                                                  Lisa L. Bellamy<br>                                                 Trial Attorney<br>                                                 U.S. Department of Justice, Tax Division

17206226.1